United States District Court
Southern District of Texas

**ENTERED**

March 22, 2017

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF TEXAS
HOUSTON DIVISION

JANICE SMITH,

     Plaintiff,

v.                        C.A. No.:   4:17-cv-61

ANGELS THAT WORK FOR QUALITY SERVICES, INC.,
Successor in interest to ALTERNATE OPTIONS, INC., and
MONICA WILLIS, Succesor in interest to
BERNADETTE MARIE JOHNSON,

     Defendants.

_____/

## <u>ORDER ON NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>

On this day, came on to be heard the Notice of Dismissal without Prejudice

filed by the Plaintiff.

IT IS ORDERED, that the claims of JANICE SMITH, are hereby dismissed,

**with prejudice**, each Party bearing their own attorney's fees and costs.  The Clerk

is hereby ordered to close this file.

Signed this 21ˢᵗ day of March____, 2017.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE